IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA
f.k.a. Dennis E. Jones-El, and
SPENCER A. BROWN,

                                                                                 ORDER

                    Plaintiffs,

                                                                               13-cv-184-bbc

     v.

KELLI WEST, RICK RAEMISCH,
TODD OVERBO, CATHY JESS,
PETER HUIBREGTSE, TIM HAINES,
CHARLES COLE and ANTHONY BROADBENT,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs are seeking what they call a "temporary restraining order" to stop prison officials from confiscating their legal materials for the remainder of this case. After taking plaintiff Ajala's legal materials in the context of a unit-wide security search on August 5, 2014, officials returned the materials on August 10, 2014, so the portion of plaintiffs' motion in which they ask that prison officials return Ajala's legal documents is moot. I am denying plaintiffs' motion as to potential future actions by prison officials because it is impossible to predict what the security needs of the prison might be. Particularly because plaintiffs have not established that prison officials are attempting to interfere with this lawsuit, I see no reason to impose a special restriction on defendants or other prison officials.

ORDER

IT IS ORDERED that the motion for a "temporary restraining order" filed by plaintiffs Mustafa-El K.A. Ajala and Spencer Brown, dkt. #52, is DENIED.

Entered this 4th day of September, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge